## LOUISVILLE & NASHVILLE R. R. CO. V. MULDER.

### *Action for Damages to Passenger.*

(Decided Nov. 22, 1906. 42 South. 743.)

APPEAL from Elmore Circuit Court.
Heard before Hon. S. L. BREWER.
GEORGE W. JONES, H. L. GOLSON, and S. LAMAR FIELDS, for appellant.
LULL & TATE, for appellee.
Affirmed.
Opinion by SIMPSON, J.
TYSON, C. J., HARALSON, and DENSON, JJ., concur.

---

## MAYOR, ETC. of ENSLEY V. GOSWICK.

### *Violation of City Ordinance.*

(Decided Jan. 15th, 1907. 42 South. 829.)

APPEAL from Jefferson Criminal Court.
Heard before Hon. M. M. BALDWIN.
ROMAINE BOYD, for appellant.
A. LEO OBERDORFER, for appellee.
Reversed and remanded upon authority of Ensley v. Cohen, infra.
Opinion by ANDERSON, J.
TYSON, C. J., DOWDELL and MCCLELLAN, JJ., concur.